# The Law Offices of Joseph S. Gulino, Jr., Esq.
75 S. Broadway, 4th Floor, White Plains, New York 10601
Tel: (646) 401-2641 Fax: (718) 749-0116
E-mail: Joseph@jsgulinolaw.com

November 28, 2024

**Via ECF**
The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

RE:   *22-cv-10014-CS-AEK*
*Camacho v. New York State Department of Corrections and Communi*[ty Services]

Dear Judge Krause:

As the Court may be aware, we represent Petitioner, Hector Camacho, in the above referenced matter. This letter is submitted to update the Court related to Mr. Camacho.

In or about February of 2024, Mr. Camacho, Petitioner herein, died while in New York State Department of Corrections and Community Services' care and custody. A copy of the Death Certificate is annexed to this letter.

Thank you for the Court's courtesies herein.

Respectfully submitted,

*Joseph Gulino*
Joseph S. Gulino, Jr., Esq.

---

In light of this unfortunate news, the Petition is dismissed as moot. See, e.g., Brooks v. Keyser, No. 20-CV-3403, 2024 WL 474583, at *1 (S.D.N.Y. Feb. 7, 2024). The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

11/29/24

# CERTIFICATE OF DEATH

1355
REGISTER NUMBER: 32
STATE FILE NUMBER: 151-24-00017729

**1. NAME:** Hector Camacho Jr
**2. SEX:** Male
**3A. DATE OF DEATH:** 02 / 24 / 2024
**3B. HOUR:** 09:20 AM

**4A. PLACE OF DEATH:** Other (Specify) — Fishkill Correctional Facility
**4C. NAME OF FACILITY:** 18 Strack Drive
**4D. LOCALITY:** Fishkill Town
**4E. COUNTY OF DEATH:** Dutchess
**4F. MEDICAL RECORD NO.:** DC24-0237
**4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION?** NO

**5. DATE OF BIRTH:** 06 / 24 / 1971
**6A. AGE IN YEARS:** 52 yrs
**7A. CITY AND STATE OF BIRTH:** Bronx Borough, New York

**8. SERVED IN U.S. ARMED FORCES?** NO
**9. DECEDENT OF HISPANIC ORIGIN?** C. Yes, Puerto Rican
**10. DECEDENT'S RACE:** A. White/Caucasian

**11. DECEDENT'S EDUCATION:** 3. High school graduate or GED

**12. SOCIAL SECURITY NUMBER:** 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
**13. MARITAL STATUS:** Widowed
**14. SURVIVING SPOUSE:** —

**15A. USUAL OCCUPATION:** Unemployed
**15B. KIND OF BUSINESS OR INDUSTRY:** N/A
**15C. NAME AND LOCALITY OF COMPANY OR FIRM:** N/A

**16A. RESIDENCE (State or Country):** NY
**16B. County or Region/Province:** Dutchess
**16C. LOCALITY:** Beacon
**16D. STREET AND NUMBER OF RESIDENCE:** 18 Strack Drive, ss
**16E. ZIP CODE:** 12508

**17. BIRTH NAME OF FATHER/PARENT:** Hector Camacho
**18. BIRTH NAME OF MOTHER/PARENT:** Sofia Gazco

**19A. NAME OF INFORMANT:** Debbie Camacho
**19B. MAILING ADDRESS:** 3008 Route 6, Slate Hill Hamlet, NY 10973

**20A.** 2. Cremation
**MONTH/DAY/YEAR:** 03 / 02 / 2024
**20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION:** Cedar Hill Crematory
**20C. LOCATION:** Newburgh Town, New York

**21A. NAME AND ADDRESS OF FUNERAL HOME:** Melendez Funeral Home Llc, 30 Grove St, Middletown, NY 10940
**21B. REGISTRATION NUMBER:** 01862

**22A. NAME OF FUNERAL DIRECTOR:** Ambrosio Melendez Jr
**22B. SIGNATURE OF FUNERAL DIRECTOR:** Ambrosio Melendez Jr Electronically Signed
**22C. REGISTRATION NUMBER:** 12416

**23A. SIGNATURE OF REGISTRAR:** Rebecca Tompkins Electronically Signed
**23B. DATE FILED:** 02 / 29 / 2024
**24A. BURIAL OR REMOVAL PERMIT ISSUED BY:** Cooper Leatherwood
**24B. DATE ISSUED:** 02 / 29 / 2024

**25A. CERTIFICATION:** To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
**Certifier's Name:** Dennis Chute, MD
**License No:** 238299
**Signature:** Dennis Chute, MD Electronically Signed
**Date:** 02 / 27 / 2024
**Certifier's Title:** 2. Medical Examiner / Deputy Medical Examiner
**Address:** 168 Washington St, Poughkeepsie, NY 12601

**26C. Pronounced Dead:** 02 / 24 / 2024 at 09:20 AM

**27. MANNER OF DEATH:** 6. Pending Investigation
**28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?** YES
**29A. AUTOPSY?** YES
**29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH?** YES

**CONFIDENTIAL** — SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH — **CONFIDENTIAL**

**30. DEATH WAS CAUSED BY:**
PART I. IMMEDIATE CAUSE:
(A) Pending investigation
(B) <<<>>>
(C) <<<>>>

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A): <<<>>>

**DID TOBACCO USE CONTRIBUTE TO DEATH?** 3. UNKNOWN

**31A–31E. INJURY:** —

Name was Debbie